**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIM CASSI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01801-WBS-JDP<br><br>*Honorable William B. Shubb*<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Complaint Filed:　July 24, 2023<br>Removed:　　　　August 23, 2023<br><br>Sacramento Superior Court Case No. 23CV005167 |

1

**ORDER**

On January 15, 2024, JIM CASSI ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation of Maximum Damages Limit and to Remand Removed Action ("Stipulation"). Specifically, the Parties stipulated that because any and all of Plaintiff's damages shall never under any circumstance exceed $75,000.00, this court no longer has subject matter jurisdiction of Plaintiff's civil action as this case does not meet the minimum amount in controversy.

Based on the foregoing, the Court, therefore, ORDERS that this case be REMANDED to the Sacramento Superior Court, Case No.: 23CV005167.

**IT IS SO ORDERED.**

Dated: January 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE